```
                                    United States Bankruptcy Court
                                    Middle District of Pennsylvania
In re:                                                                                   Case No. 18-02058-RNO
Devon A Blankenbiller                                                                    Chapter 7
Desiree M Devers
         Debtors                           CERTIFICATE OF NOTICE
District/off: 0314-5           User: admin                  Page 1 of 3                   Date Rcvd: Aug 30, 2018
                               Form ID: 318                 Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 01, 2018.
db/jdb         +Devon A Blankenbiller,    Desiree M Devers,    129 Sweet Arrow Lake Road,
                 Pine Grove, PA 17963-9574
5061875        +Citizens Bank,    Pob 61047,    Harrisburg, PA 17106-1047
5061877        +Comenitybank/sterling,    Attn: Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
5061888        +FedLoan Servicing,    Attention: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
5061908        +Integrated Medical Group PC,    82 Tunnel Rd,    Pottsville, PA 17901-3869
5061910        +Leroys Jewelers,    Sterling Jewelers, Inc/Attn: Bankruptcy,    Po Box 1799,
                 Akron, OH 44309-1799
5061922        +Pennymac Loan Services,    Attn: Bankruptcy,    Po Box 514387,    Los Angeles, CA 90051-4387
5061923        +Santander Bank Na,    450 Penn St,    Reading, PA 19602-1011
5061925        +Sterling Family Jwlrs,    375 Ghent Rd,    Fairlawn, OH 44333-4601
5061927        +Surgery Center of Pottsville,    1544 Route 61,    Pottsville, PA 17901-4214

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +E-mail/Text: wschwab@iq7technology.com Aug 30 2018 19:01:16      William G Schwab (Trustee),
                 William G Schwab and Associates,    811 Blakeslee Blvd Drive East,    PO Box 56,
                 Lehighton, PA 18235-0056
5061861        +EDI: PHINAMERI.COM Aug 30 2018 22:58:00      AmeriCredit/GM Financial,    Attn: Bankruptcy,
                 Po Box 183853,    Arlington, TX 76096-3853
5061865         EDI: BANKAMER.COM Aug 30 2018 22:58:00      Bank Of America,    Attn: Bankruptcy,   Po Box 982238,
                 El Paso, TX 79998
5061867        +E-mail/Text: collections@caclfcu.org Aug 30 2018 19:01:10      Cacl Fcu,    1800 W Market St,
                 Pottsville, PA 17901-2002
5061869        +EDI: CAPITALONE.COM Aug 30 2018 22:58:00      Capital One,    Attn: Bankruptcy,   Po Box 30285,
                 Salt Lake City, UT 84130-0285
5061871        +EDI: CAUT.COM Aug 30 2018 22:58:00      Chase Auto Finance,    National Bankruptcy Dept,
                 201 N Central Ave Ms Az1-1191,    Phoenix, AZ 85004-1071
5061873        +EDI: CHASE.COM Aug 30 2018 22:58:00      Chase Card Services,    Correspondence Dept,
                 Po Box 15298,    Wilmington, DE 19850-5298
5061879        +EDI: WFNNB.COM Aug 30 2018 22:58:00      Comenitycapital/boscov,    Attn: Bankruptcy Dept,
                 Po Box 182125,    Columbus, OH 43218-2125
5061881        +EDI: WFNNB.COM Aug 30 2018 22:58:00      Comenitycapital/dvdsbr,    Attn: Bankruptcy Dept,
                 Po Box 182125,    Columbus, OH 43218-2125
5061883        +EDI: RCSFNBMARIN.COM Aug 30 2018 22:58:00      Credit One Bank,    Attn: Bankruptcy,
                 Po Box 98873,    Las Vegas, NV 89193-8873
5061885        +EDI: DISCOVER.COM Aug 30 2018 22:58:00      Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
5061887        +E-mail/Text: daveodonn@aol.com Aug 30 2018 19:00:53      Eye Consultants of PA,
                 1 Granite Point Drive,    Reading, PA 19610-1986
5061916        +EDI: AGFINANCE.COM Aug 30 2018 22:58:00      OneMain,    Attn: Bankruptcy,   601 Nw 2nd St,
                 Evansville, IN 47708-1013
5061918        +EDI: AGFINANCE.COM Aug 30 2018 22:58:00      Onemain Financial,    Attn: Bankruptcy,
                 Po Box 3251,    Evansville, IN 47731-3251
5062897        +EDI: PRA.COM Aug 30 2018 22:58:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
5061928        +EDI: RMSC.COM Aug 30 2018 22:58:00      Syncb/Toys 'R' Us,    Po Box 965064,
                 Orlando, FL 32896-5064
5061934        +EDI: RMSC.COM Aug 30 2018 22:58:00      Synchrony Bank/Old Navy,    Attn: Bankruptcy Dept,
                 Po Box 965060,    Orlando, FL 32896-5060
5061940        +EDI: CHRYSLER.COM Aug 30 2018 22:58:00      Td Auto Fin,    Po Box 9223,
                 Farmington Hills, MI 48333-9223
                                                                                                 TOTAL: 18

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5061904         Hidden River Cu
5061905         Hidden River Cu
5061906         Hidden River Cu
5061907         Hidden River Cu
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5061862*       +AmeriCredit/GM Financial,    Attn: Bankruptcy,    Po Box 183853,    Arlington, TX 76096-3853
5061863*       +AmeriCredit/GM Financial,    Attn: Bankruptcy,    Po Box 183853,    Arlington, TX 76096-3853
5061864*       +AmeriCredit/GM Financial,    Attn: Bankruptcy,    Po Box 183853,    Arlington, TX 76096-3853
5061866*       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank Of America,     Attn: Bankruptcy,    Po Box 982238,
                 El Paso, TX 79998)
5061868*       +Cacl Fcu,    1800 W Market St,    Pottsville, PA 17901-2002
5061870*       +Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
5061872*       +Chase Auto Finance,    National Bankruptcy Dept,    201 N Central Ave Ms Az1-1191,
                 Phoenix, AZ 85004-1071
5061874*       +Chase Card Services,    Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
5061876*       +Citizens Bank,    Pob 61047,    Harrisburg, PA 17106-1047
5061878*       +Comenitybank/sterling,    Attn: Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
5061880*       +Comenitycapital/boscov,    Attn: Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
```

```
              ***** BYPASSED RECIPIENTS (continued) *****
5061882*       +Comenitycapital/dvdsbr,    Attn: Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
5061884*       +Credit One Bank,    Attn: Bankruptcy,    Po Box 98873,    Las Vegas, NV 89193-8873
5061886*       +Discover Financial,    Po Box 3025,    New Albany, OH 43054-3025
5061889*       +FedLoan Servicing,    Attention: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
5061890*       +FedLoan Servicing,    Attention: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
5061891*       +FedLoan Servicing,    Attention: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
5061892*       +FedLoan Servicing,    Attention: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
5061893*       +FedLoan Servicing,    Attention: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
5061894*       +FedLoan Servicing,    Attention: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
5061895*       +FedLoan Servicing,    Attention: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
5061896*       +FedLoan Servicing,    Attention: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
5061897*       +FedLoan Servicing,    Attention: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
5061898*       +FedLoan Servicing,    Attention: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
5061899*       +FedLoan Servicing,    Attention: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
5061900*       +FedLoan Servicing,    Attention: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
5061901*       +FedLoan Servicing,    Attention: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
5061902*       +FedLoan Servicing,    Attention: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
5061903*       +FedLoan Servicing,    Attention: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
5061909*       +Integrated Medical Group PC,    82 Tunnel Rd,    Pottsville, PA 17901-3869
5061911*       +Leroys Jewelers,    Sterling Jewelers, Inc/Attn: Bankruptcy,    Po Box 1799,
                 Akron, OH 44309-1799
5061912*       +Leroys Jewelers,    Sterling Jewelers, Inc/Attn: Bankruptcy,    Po Box 1799,
                 Akron, OH 44309-1799
5061913*       +Leroys Jewelers,    Sterling Jewelers, Inc/Attn: Bankruptcy,    Po Box 1799,
                 Akron, OH 44309-1799
5061914*       +Leroys Jewelers,    Sterling Jewelers, Inc/Attn: Bankruptcy,    Po Box 1799,
                 Akron, OH 44309-1799
5061915*       +Leroys Jewelers,    Sterling Jewelers, Inc/Attn: Bankruptcy,    Po Box 1799,
                 Akron, OH 44309-1799
5061917*       +OneMain,    Attn: Bankruptcy,    601 Nw 2nd St,    Evansville, IN 47708-1013
5061919*       +Onemain Financial,    Attn: Bankruptcy,    Po Box 3251,    Evansville, IN 47731-3251
5061920*       +Onemain Financial,    Attn: Bankruptcy,    Po Box 3251,    Evansville, IN 47731-3251
5061921*       +Onemain Financial,    Attn: Bankruptcy,    Po Box 3251,    Evansville, IN 47731-3251
5061924*       +Santander Bank Na,    450 Penn St,    Reading, PA 19602-1011
5061926*       +Sterling Family Jwlrs,    375 Ghent Rd,    Fairlawn, OH 44333-4601
5061929*       +Syncb/Toys 'R' Us,    Po Box 965064,    Orlando, FL 32896-5064
5061930*       +Syncb/Toys 'R' Us,    Po Box 965064,    Orlando, FL 32896-5064
5061931*       +Syncb/Toys 'R' Us,    Po Box 965064,    Orlando, FL 32896-5064
5061932*       +Syncb/Toys 'R' Us,    Po Box 965064,    Orlando, FL 32896-5064
5061933*       +Syncb/Toys 'R' Us,    Po Box 965064,    Orlando, FL 32896-5064
5061935*       +Synchrony Bank/Old Navy,    Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
5061936*       +Synchrony Bank/Old Navy,    Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
5061937*       +Synchrony Bank/Old Navy,    Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
5061938*       +Synchrony Bank/Old Navy,    Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
5061939*       +Synchrony Bank/Old Navy,    Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
5061941*       +Td Auto Fin,    Po Box 9223,    Farmington Hills, MI 48333-9223
                                                                                    TOTALS: 4, * 53, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 30, 2018 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Jill Manuel-Coughlin    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC jill@pkjllc.com,
               chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com
```

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Sean Patrick Quinlan    on behalf of Debtor 2 Desiree M Devers spqesq@hotmail.com,
               lesliebrown.paralegal@gmail.com
              Sean Patrick Quinlan    on behalf of Debtor 1 Devon A Blankenbiller spqesq@hotmail.com,
               lesliebrown.paralegal@gmail.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William G Schwab (Trustee)    schwab@uslawcenter.com,
               wschwab@iq7technology.com;ecf@uslawcenter.com
                                                                                          TOTAL: 6
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Devon A Blankenbiller** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7371 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **Desiree M Devers** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–2002 <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Middle District of Pennsylvania** | | |
| Case number:   **5:18–bk–02058–RNO** | | |

# Order of Discharge                                                                                                              12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Devon A Blankenbiller                                        Desiree M Devers

**By the court:**   *[signature]*

August 30, 2018

Honorable Robert N. Opel, II
United States Bankruptcy Judge

By: AutoDocketer, Deputy Clerk

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                              **Order of Discharge**                              page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**